**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7053**

VISTON SHYROCK MARTIN,

        Plaintiff – Appellant,

    v.

SERGEANT HATFIELD; T. LOWE, IHO; SERGEANT OWENS; RANDY C. MATHENA, Warden,

        Defendants – Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (7:10-cv-00262-jlk-mfu)

Submitted:  October 19, 2010      Decided:  October 28, 2010

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Viston Shyrock Martin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Viston Shyrock Martin appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice as frivolous under 28 U.S.C. § 1915A(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Martin v. Hatfield, No. 7:10-cv-00262-jlk-mfu (W.D. Va. July 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED